IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02792-KAS

JULIO CESAR MANCCO-MORE,

Petitioner,

v.

GEORGE VALDEZ, Warden of Detention Center,
ROBERT HAGAN, Director of Local ICE Office,
DAVID VENTURELLA, Director of ICE, and
ATTORNEY GENERAL,

Respondents.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on Respondents' Status Report [#18].

In the Status Report [#18], Respondents inform the Court that although Respondents provided Petitioner with a bond hearing on July 30, 2026 pursuant to the Court's Minute Order [#17] directing them to do so, the Immigration Judge presiding over the bond hearing failed to comport with the Court's requirement that Respondents "bear the burden of proving, by clear and convincing evidence, that Petitioner's continued detention is justified." *Minute Order* [#17]; *see Status Report* [#18] at 1. Respondents accordingly "submit that the Court should order them to provide a new bond hearing for Petitioner within seven days of this Court's order." *Status Report* [#18] at 2. The Court agrees that the remedy suggested by Respondents is appropriate under the circumstances. Accordingly,

IT IS HEREBY **ORDERED** that Respondents shall provide Petitioner with a new bond hearing **within 7 days of the issuance of this Order**. At the bond hearing, **the Government shall bear the burden of proving, by clear and convincing evidence, that Petitioner's continued detention is justified.** If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein, or if the presiding immigration judge continues to fail to apply the burden of proof set forth above, then Petitioner must be immediately released from detention.

IT IS FURTHER ORDERED that, **within 10 days of the issuance of this Order**, Respondents shall file a status report concerning (1) the results of any bond hearing that

was conducted or, if no hearing was held, the date upon which Petitioner was released from custody; and (2) whether any additional proceedings in this matter are required.

Dated: August 7, 2026